# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00596-GCM

| | |
|---|---|
| SHARONDA CAMPBELL, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| GENPAK, LLC, | ) |
| Defendants. | ) |

THIS MATTER IS BEFORE THE COURT on Plaintiff Sharonda Campbell's **RENEWED MOTION TO STAY**. Having carefully considered the motion and the record, and being otherwise duly advised in the premises, the undersigned will grant the Motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff Sharonda Campbell's **MOTION TO STAY** is **GRANTED**. This case shall be stayed for sixty (60) days, up to and including April 16, 2019, in order to allow Plaintiff to complete the review of her pending charges with the Equal Employment Opportunity Commission ("EEOC"). On or before April 16, 2019, Plaintiff shall provide the Court with a report regarding the status of EEOC proceedings.

**SO ORDERED**.

Signed: February 25, 2019

Graham C. Mullen
United States District Judge