# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00596-GCM

| | |
|---|---|
| SHARONDA CAMPBELL, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) **ORDER** |
| GENPAK, LLC, | ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER COMES** before this Court on Plaintiff Sharonda Campbell's Renewed Motion to Stay. (Doc. No. 20). Having carefully considered the Motion and the record, and being otherwise duly advised in the premises, the undersigned will grant the Motion.

It is, therefore, **ORDERED** that Plaintiff Sharonda Campbell's Motion to Stay is **GRANTED**. This case shall be stayed for sixty (60) days, up to and including August 15, 2019, in order to allow the parties to continue communications in an effort to finalize a settlement agreement and release of this action.

**SO ORDERED**.

Signed: June 25, 2019

Graham C. Mullen
United States District Judge